O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                                                         )<br>            Plaintiff,                       )<br>    v.                                              )<br>                                                         )<br>ERIK WILLIAM ANDERSSON,  )<br>                                                         )<br>            Defendant.                   )<br>_____ ) | CASE NO. CR06-493-CAS<br><br>PROBATION<br>REVOCATION AND JUDGMENT |

On June 9, 2008, this matter came before the Court on petitions to show cause why probation should not be revoked filed on October 19, 2007 and December 18, 2007. The Government, Bonnie Hobbs, the defendant and his appointed Deputy Federal Public Defender, Brian Newman, were present. The U.S. Probation Officer, Gregory Amantia, was also present.

On November 14, 2007, the defendant admitted to allegations 1, 2, 3, and 4 of the Petition on Probation and Supervised Release filed on October 19, 2007 and denied allegation 5 of the Petition on Probation and Supervised Release filed on October 19, 2007. The Court granted the Government's request to dismiss allegation 5 of the Petition on Probation and Supervised Release filed on October 19, 2007.

On January 3, 2008, the defendant denied allegation 1 of the Petition on Probation and Supervised Release filed on December 18, 2007.

1  The Court finds that the defendant is in violation of the terms and conditions of his
2  probation as set forth in the Judgment and Probation/Commitment Order of August 20, 2007
3  and modified on November 14, 2007.
4      IT IS THE JUDGMENT OF THE COURT that defendant's probation is hereby
5  revoked and reinstated under the same terms and conditions as previously imposed for the
6  balance of the term.  Bond is exonerated forthwith.
7      IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States
8  Marshal or other qualified officer and that said copy shall serve as the commitment of
9  defendant.

11  FILE/DATED: July 2, 2008   _____
12                                          CHRISTINA A. SNYDER
                                        UNITED STATES DISTRICT JUDGE

14                                          SHERRI R. CARTER, CLERK

16                                          By: _____/S/_____
                                              Catherine M. Jeang, Deputy Clerk